Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

|  |  |
|---|---|
| WELSON H. DA SILVA CONFIDENCIAL PLEASE<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>OFFICER CARDOSO etc<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____<br>(to be filled in by the Clerk's Office)<br><br>FILED IN CLERKS OFFICE<br>2020 JAN 21 PM 3: 56<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the
_____ District of _____

_____ Division

| | ) | |
|---|---|---|
| DA SILVA HENRIQUE WELSON | ) | Case No. _____ |
| | ) | (to be filled in by the Clerk's Office) |
| Plaintiff(s) | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |
| -v- | ) | |
| | ) | |
| Officer CARDOSO, Falmouth Police | ) | |
| | ) | |
| Defendant(s) | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) | |

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: WELSON HENRIQUE DA SILVA
   All other names by which you have been known:
   ID Number: 77345
   Current Institution:
   Address:
   City: FALMOUTH  State: MA  Zip Code: 02540

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: OFFICER CARDOSO FALMOUTH POLICE
   Job or Title (if known): POLICE OFFICER
   Shield Number:
   Employer: POLICE OFFICER
   Address: FALMOUTH POLICE DEPARTMENT
   City: FALMOUTH  State: MA  Zip Code: 02540
   [ ] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: POLIANI C. DOS SANTOS
   Job or Title (if known): PAINT
   Shield Number:
   Employer: SELF-EMPLOYER
   Address: 15D JONH PARK RD.
   City: FALMOUTH  State: MA  Zip Code: 02536
   [✓] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: TIAGO RASSILAN
Job or Title (if known): PAINT
Shield Number:
Employer: ~~SELF-EMPLOEMENT~~ SELF-EMPLOYER
Address: 15 D 70NH PARK RD
FALMOUT    MA    02536
City    State    Zip Code

[✓] Individual capacity    [ ] Official capacity

Defendant No. 4
Name: PROBATE AND FAMILY COURT BARNSTABLE DIVISION
Job or Title (if known): JUDMENT
Shield Number:
Employer:
Address: POST OFFICE BOX 346
BARNSTABLE    MA    0230-0346
City    State    Zip Code

[ ] Individual capacity    [ ] Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [✓] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
OFFICER CARDOSO ASKED MISS. DOS SANTOS to CALL ME ON FACETIME TO ARREST ME. DOCKET: 1889RO 000280. Also HE IS FRIEND WITH THIAGO RASSILAN HUMAN TRAFFIC AND DRUGS DILOW.
THE OFFICER CARDOSO WAS MADE FALSE STATEMENT TO ARREST ME.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
POLIANI DOS SANTOS WITH THIAGO RASSILAN, MADE OFFICER CARDOSO MADE FALSE STATEMENT TO PUT ME AS A TERRORIST OR A MUDERER. ALAK.123 TEXTED ME SAYING THAT MISS. DOS SANTOS WAS MAKING A TRAP TO MUDER ME. THIAGO RASSILAN, ITS HUMAN TRAFFIC BRING ILLEGAL PEOPLE TO USA. ALSO MAKING A TRAP TO MUDER ME

C. What date and approximate time did the events giving rise to your claim(s) occur?

ON 10/26/2018 I'M BACK TO CALIFORNIA SAN FRANCISCO. ALSO 03-26-19 AFTER MY WORKING OFFICER CARDOSO WAS PUTING ME IN VERY BAD SITUATION SAYING THAT I HAVE FIRE-ARM IN MY VEHICHE. I CAN PROVE EVERYTHING I'M SAYING ABOUT THIS PERSEGUTION

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I'M THING SUCIDE ME. IT DESTROYED MY LIFE EVEN THOUGHT ABOUT IN MY OWN NEGLETED ME JUSTICE, THE JUDMENT ABUSE ME CHARGING 392°° WILE I'M HOOKE UP, FOR I'M NEVER BE OUTSIDE AGGAIN. I'M BE EVERY NIGHT NOT SLEEP. ALLOWING THE MOTHER OF MY DAUGHTER TO ABUSE ME WITH FALSE ACUSATION, KNOWING ABOUT MY PRISON AND ABUSING OF MY PSYCHOLOGIST.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I ONLY HAVE DAMAGES MENTALLY AND EMOCIONALLY. I'M BE VICTEN OF CONSPIRACION, THE KILLER, WITH THE CONSPIRACY, I ALSO LIKE TO ASK TO THE JUDGE TO GIVE ME THE SENTENCE OF DEATH, BECAUSE I DON'T SEE JUSTICE HERE, I'M LOCK UP AS A KILLER WITH OUT DOING ANYTHING. I WAS VICTIM OF A CONSPIRATION WELL DONE AGAINST ME, THAT END UP BRINGING MY (GRANDFATHER AND MOTHER) TO THE HOSPITAL AND ONE OF THEM DIED OF MY PRISON ALSO ALL OF THIS TOOK MY DAUGHTER 18 YEAR AWAY FROM ME. IF I DEPORTE IT WAS A CONSPIRATION AGAINST ME. 1,200 I NOT HAVE SOCIAL AND THE MONEY CHILD SUPPORT EVERY MONTH 1,200 1 CHILD ABUSING ME. ON EVERYTHING.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'M LOOKING FOR MONEY COMPESATION, BECAUSE OF THE AUSENG OF MY DAUGHTER, I LOST MY BUSINESS, MY PERSONAL PROPRITERIES, FOR DAMAGES CAUSED TO MY PHYSICOLOGIC, AND IT AFFECT MY IMIGRATION CASE. ALSO I WANT THE FBI TO INVESTIGATE THE THREAT OF KILLING ME, BECAUSE I HAVE LIFE INSURENCE, NEW YORK LIFE VALUE $700.000 = 2,5 MILION (ON BRASIL) AND THE DETECTIVE SAID I COULD GET SHOT IF I MOVE IN MY CAR, BECAUSE OFICER CARDOSO THEY TRIED TO PUT ME AS TERRORIST. OR A MUNDERER). OFICER CARDOSO CONSPIRANTION WITH DOS SANTOS TO MADE FALSE STATEMENT TO I'M BE SHOT. I BE WORK ON THE DAY AND THE OFFICER CARDOSO ASK DOS SANTOS TO CALL ME FACETIME MY BOSS FABIO NO. BECAUSE SAY TO HIM MY EX-WIFE CALL ME FACE-TIME. SHE DOING SOMETHING AGAIST ME.

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   [✓] Yes

   [✓] No

   If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). MYSELF

   I COULDN'T DEFFENT MYSELF AT THE FAMILIAR COURT, I COULDN'T MAKE MY CHILD SUPPORT PAYMENTS...

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

   [X] Yes

   [ ] No

   [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

   [X] Yes

   [ ] No

   [ ] Do not know

   If yes, which claim(s)?
   THE JAIL DIDN'T ALLOWED ME TO DEFEND MY SELF.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

_____

2. What did you claim in your grievance?

_____

3. What was the result, if any?

_____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number
      _____

   4. Name of Judge assigned to your case
      _____

   5. Approximate date of filing lawsuit
      _____

   6. Is the case still pending?
      ☐ Yes
      ☒ No

      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ~~No its the first time im suing someone~~

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____ X _____

3. Docket or index number

    _____ X _____

4. Name of Judge assigned to your case

    _____ X _____

5. Approximate date of filing lawsuit

    _____ X _____

6. Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

    _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Welson Henrique da Silva
Prison Identification #: 77345
Prison Address: 26 Long Pond Road, Plymouth, MA 0236

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____